```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHN L. HAYWARD,

                                  Plaintiff,                          18-CV-10402 (SN)

        -against-                                                   **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court's June 23, 2020 order, ECF No. 30, granted Plaintiff, proceeding *pro se*, an extension of time until August 18, 2020, to oppose the Commissioner's motion for judgment on the pleadings. Plaintiff has not filed an opposition. Plaintiff is directed to file his opposition to the Commissioner's motion or a letter requesting a further extension of time by September 4, 2020. If Plaintiff does not file an opposition or request an extension, the Court will deem the Commissioner's motion fully briefed and ready for judicial resolution. The Clerk of Court is directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:     August 27, 2020
                  New York, New York