UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN L. HAYWARD,

                        Plaintiff,

           -against-

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

-----------------------------------------------------------------X

18-CV-10402 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2020

**SARAH NETBURN, United States Magistrate Judge:**

      On September 29, 2020, the Court granted the plaintiff's request to extend the time in which they could respond to the defendant's motion for judgement on the pleadings to November 3, 2020. The docket does not reflect, however, that a copy of the Order was mailed to the pro se plaintiff. Accordingly, the Court grants an additional 30-day extension to the plaintiff. The plaintiff should file any response by December 14, 2020, or the defendant's motion will be deemed unopposed. The defendant may reply to the plaintiff's response no later than January 4, 2021. Respectfully, the Clerk of Court is directed to mail a copy of this Order to the plaintiff.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     New York, New York
                 November 12, 2020